■■■ Ross Lawn Equipment, Inc., Respondent, v State of New York, Appellant. (Claim No. 76586.) [625 NYS2d 988] —Judgment unanimously reversed on the law without costs and application denied. Memorandum: The court erred in granting claimant's application for an additional allowance pursuant to EDPL 701, following entry and payment of the judgment *(see, Niagara Mohawk Power Corp. v Great Bend Aggregates,* 181 AD2d 998). Claimant's reliance on *Scuderi v State of New York* (184 AD2d 1073) and *Hakes v State of New York* (184 AD2d 1035, *affd* 81 NY2d 392) is misplaced because timeliness was not at issue in those cases. (Appeal from Judgment of Court of Claims, NeMoyer, J.—Counsel Fees.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.

■■■ David Seaward, Appellant, v William C. Pahl Construction Co., Inc., Respondent and Third-Party Plaintiff. United Technologies Carrier/Carrier Corp., Third-Party Defendant-Respondent. [625 NYS2d 989] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.

■■■ The People of the State of New York, Respondent, v Donald F. Jenner, Appellant. [625 NYS2d 989] —Judgment unanimously affirmed. Memorandum: We reserved decision and remitted this matter to Onondaga County Court for a reconstruction hearing *(People v Jenner,* 202 AD2d 986) in accordance with our decision in *People v Mitchell* (189 AD2d 337). The record of the reconstruction hearing supports the findings of the court that no *Sandoval* discussion occurred outside defendant's presence and that defendant was able to participate meaningfully in the *Sandoval* hearing held in open court.

We further conclude that defendant's conviction is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). (Resubmission of Appeal from Judgment of Onondaga County Court, Cunningham, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Lawton, Doerr, Balio and Boehm, JJ.